NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

C.A. No. 18-9005
_____

ROBERT FISHER

v.

COMMISSIONER PENNSYLVANIA DEPARTMENT
OF CORRECTIONS; SUPERINTENDENT GREENE SCI;
SUPERINTENDENT ROCKVIEW SCI,

Appellants
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil No. 2-03-cv-00788)
District Judge: Honorable Gene E.K. Pratter
_____

Argued on January 15, 2020

Before: RESTREPO, BIBAS, and PORTER, Circuit Judges

_____

**JUDGMENT ORDER**
_____

In light of the Appellants' concession during oral argument, on Wednesday, January 15, 2020, that the District Court's judgment should be affirmed, we hereby affirm the Honorable Gene E.K. Pratter's July 25, 2018 order granting Appellee Robert Fisher's Writ of Habeas Corpus.

The Appellants are directed to comply with the District Court's order as entered.

The Clerk shall enter the mandate forthwith.

BY THE COURT,

s/ L. Felipe Restrepo
Circuit Judge

ATTEST:

s/ Patricia S. Dodzsuweit
Clerk

Date:  January 17, 2020

2